# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*                              *Admitted in New York, New Jersey,
                                     Eastern and Southern Districts of New York

AFSAAN SALEEM, ESQ.+                                    +Admitted in New York,
                                     Eastern and Southern Districts of New York

                                                        +Admitted in New York
JOSEPH RUSSO, ESQ.+                             Eastern District of New York

June 30, 2016

**Via ECF**:
Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: Travis Bynoe v. City of New York, et. al.,
15-CV-7319 (PKC)(MDG)**

Your Honor:

I represent the plaintiff in the above-referenced action. Pursuant to Your Honor's Order issued on April 21st, I write to provide the Court with a Status Report on settlement.

Plaintiff made a settlement demand to defendants on June 15th. Defendants have indicated that they will need to speak to all the officers before they are in a position to extend a counter-offer. As all the officers have now been served, defendants have sought and obtained plaintiff's consent to interpose an answer to the Amended Complaint on behalf of all the officers by July 15th. The parties are continuing to exchange document discovery and hope to be in a better position to discuss settlement after the City has answered on behalf of all the defendants.

If the parties feel that a settlement conference with Your Honor will be fruitful we will advise the Court as soon as practical.

Sincerely,

Afsaan Saleem

cc: Amanda Shoffel, Esq.

Tel: (718) 852-4759
     (718) 875-1173
Fax: (718) 875-5440

theRameaulawfirm.com