# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*                                    *Admitted in New York, New Jersey,
                                              Eastern and Southern Districts of New York

AFSAAN SALEEM, ESQ.+                                          +Admitted in New York,
                                              Eastern and Southern Districts of New York

                                                              +Admitted in New York
JOSEPH RUSSO, ESQ.+                                   Eastern District of New York

July 10, 2017

**Via ECF**:
Honorable Roanne L. Mann
United States Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **RE: Travis Bynoe v. City of New York, et. al.,**
             **15-CV-7319 (PKC)(RLM)**

Your Honor:

      I write to inform Your Honor that the parties have reached a settlement in the above referenced matter. The Stipulation of Dismissal will follow.

Sincerely,

Amy Rameau

cc:    Joshua Friedman, Esq.

Tel: (718) 852-4759
     (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com